COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DESIREE RASHELL PITTENGER, | § | No. 08-11-00118-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 9 |
|  | § | of Tarrant County, Texas |
| THE STATE OF TEXAS, | § | (TC# 1224205) |
| Appellee. | § |  |

**MEMORANDUM OPINION**

The trial court's certification of Appellant's right of appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal." On June 9, 2011, the Clerk of this Court notified Appellant's counsel that it appeared that the appeal should be dismissed based on the trial court's certification. The Clerk requested that counsel file a response by June 19, 2011, addressing whether Appellant has the right to appeal. No response has been received. Given the trial court's certification that Appellant has no right to appeal and the absence of any response to the Clerk's notice, we dismiss the appeal. *See* TEX.R.APP.P. 25.2(a)(2), (d).[1]

July 13, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)

---

[1] Moreover, a review of the clerk's record supports the trial court's certification.